NELSON, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate

Division, Second Department. December 1, 1904.) Action by Fritz Nelson against the Long Island Railroad Company.

PER CURIAM. Motion for leave to use original exhibits upon argument granted, without costs, unless the respondent furnishes suitable copies of the same to be inserted in the appeal book, as offered in the opposing affidavit.